[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14891
Non-Argument Calendar
_____

D.C. Docket No. 4:11-cr-00249-WTM-GRS-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANAISSA BETH GERWALD,
a.k.a. Anaizza Gerwald,
a.k.a. Ann E Merraw,
a.k.a. Ana Isabel Marraquin,
a.k.a. Ana Isabel Garcia,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(June 21, 2013)

Before MARCUS, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

John E. Morrison, appointed counsel for Anaissa Beth Gerwald in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gerwald's convictions and sentences are **AFFIRMED**.